IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS E. STAGGS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:09-CV-5374-BHS-KLS<br><br><br>ORDER GRANTING EXTENSION OF TIME TO ANSWER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that Defendant shall have up to and including October 14, 2009, to file Defendant's Answer.

DATED this 15th day of September, 2009.


Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ THOMAS M. ELSBERRY, WSB # 26456
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2112
FAX: (206) 615-2531
thomas.elsberry@ssa.gov

Page 1      ORDER - [3:09-CV-5374-BHS-KLS]