# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOUGLAS E. STAGGS

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5374BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **STRIKES** its order re-referring the case to the Magistrate Judge (Dkt. 29) and **ADOPTS** the Report and Recommendation (Dkt. 21) and remands this case to the Social Security Administration for further review.

| November 17, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk