UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS E. STAGGS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C09-5374BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 41. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff is awarded attorney's fees in the amount of **$6,286.76** for work performed by Mr. Wilborn

(3) Plaintiff is awarded attorney's fees in the amount of **$1,016.79** for work performed by Mr. Halpern; and

(4) Plaintiff is awarded **$47.43** in expenses and $**34.30** in costs.

DATED this 2nd day of June, 2011.

                                BENJAMIN H. SETTLE
                                United States District Judge

ORDER