# United States District Court
WESTERN DISTRICT OF WASHINGTON

DOUGLAS E. STAGGS

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5374BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Plaintiff is awarded attorney's fees in the amount of **$6,286.76** for work performed by Mr. Wilborn;

Plaintiff is awarded attorney's fees in the amount of **$1,016.79** for work performed by Mr. Halpern; and

Plaintiff is awarded **$47.43** in expenses and **$34.30** in costs.


June 3, 2011                          William M. McCool
                                         Clerk

                                         *s/CM Gonzalez*
                                         Deputy Clerk